# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**HAIDEE'S PAINTING,**

    **Plaintiff,**

v.                                                         Cv. No.   17-2169-JTF

**RICO-LAKES, LLC,**
**d/b/a ROCO REAL ESTATE,**

    **Defendant.**

# JUDGMENT

    Decision by the Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Default Judgment issued in favor of Plaintiff Haidee's Painting, against Defendant RICO-LAKES, LLC d/b/a ROCO Real Estate as follows:   Default Judgment against Defendant RICO-LAKES, LLC d//b/a ROCO REAL Estate in the amount of $45,649.83 plus interest and costs in the amount of $416.38.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE            CLERK

February 13, 2018                                            s/Lorri J. Fentress
DATE                                                        (BY) LAW CLERK