**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

___

HAIDEE'S PAINTING,

    Plaintiff,

v.                                                      Case No. 17-2169

ROCO-LAKES, LLC d/b/a ROCO REAL ESTATE,

    Defendant.

___

**NOTICE OF SATISFACTION OF JUDGMENT**

___

    Plaintiff Haidee's Painting, by and through its attorneys, hereby gives notice that the Default Judgment entered by this Court against Defendant on June 9, 2017 has been fully satisfied. Plaintiff states that it is owed no more money by Defendant.

                                                Respectfully submitted,

                                                /s/Bryce W. Ashby
                                                William B. Ryan – TN Bar #20269
                                                Bryce W. Ashby – TN Bar #26179
                                                Janelle A. Crandall – TN Bar #31359
                                                DONATI LAW, PLLC
                                                1545 Union Avenue
                                                Memphis, TN 38104
                                                Telephone: 901-278-1004
                                                Fax: 901-278-3111
                                                bryce@donatilaw.com

                                                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document has been served on counsel for Defendant, Dennis Sadler and Jason Yert, via e-mail on this the 30th day of May, 2018.

                                         /s/ Bryce W. Ashby